**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 21, 2024

> Application granted. The conference currently scheduled for August 30, 2024, is hereby adjourned to October 4, 2024 at 4:30 p.m. The deadline for the parties' pre-conference submissions is hereby adjourned to September 27, 2024.
>
> SO ORDERED.
>
> Hon. Ronnie Abrams
> August 22, 2024

VIA ECF
Hon. Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

Re: *Ouedraogo v. Garland, et al.*, No. 24 Civ. 4815 (RA)

Dear Judge Abrams:

This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Application for Asylum and for Withholding of Removal (Form I-589). On behalf of the government, I write respectfully to request an adjournment of the initial conference currently scheduled for August 30, 2024, at 3:00 p.m. to a date convenient to the Court and to the parties on or after September 30, 2024, with a corresponding adjournment of the pre-conference submissions due on August 23.

I respectfully request this extension because I am still in the process of gathering information from USCIS about the plaintiff's Form I-589. This is the government's first request for an adjournment of the initial conference. Plaintiff, who is proceeding *pro se*, consents to this request.

I thank the Court for its consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: s/ *Leslie A. Ramirez-Fisher*
LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-0378
E-mail: leslie.ramirez-fisherroman@usdoj.gov
*Attorney for Defendants*

cc: Stanisla Ouedraogo, via overnight mail